1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT – CENTRAL DISTRICT
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| PAUL VIVES, an individual<br><br>Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC. a Corporation, and DOES 1 to 20 inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-00057-SP<br><br>(Case assigned to Magistrate Judge Sheri Pym – Courtroom 4)<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER CONFIDENTIAL DESIGNATION ONLY**<br><br>[PLEASE NOTE CHANGES MADE BY THE COURT] |

    Having reviewed the parties' Stipulation and proposed Protective Order (docket no. 19, filed September 19, 2025), the Court finds good cause to approve the Stipulation and Protective Order, but with the following modifications:

1. The provisions of paragraph 8 do not apply to the Court, its employees and agents, or jurors.

2. The Stipulation and Protective Order does not entitle the parties to file confidential information under seal; Civil Local Rule 79-5 sets forth the

1

procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal. Accordingly, Paragraph 16 is stricken and replaced with the following:

Any party in this suit that files with the court a brief, motion, or other document that contains confidential LongHorn document(s) or other material, any summaries or extracts of confidential LongHorn material, or any detailed reference to confidential LongHorn information shall apply to make its filing – or the confidential portions thereof – under seal. A party that seeks to file under seal any confidential material must comply with Civil Local Rule 79-5. Confidential material may only be filed under seal pursuant to a court order authorizing the sealing of the specific confidential material at issue. If a party's request to file confidential material under seal is denied by the court, then the receiving party may file the information in the public record unless otherwise instructed by the court.

**IT IS SO ORDERED.**

DATED: <u>November 12, 2025</u>

_____
Magistrate Judge Sheri Pym